IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Onajite Okoh<br>    Debtor.<br><br>Nationstar Mortgage LLC d/b/a Mr. Cooper<br>    Movant,<br>v.<br><br>Onajite Okoh<br>    Debtor/Respondent.<br><br>William C. Miller, Trustee<br>    Additional Respondent. | BANKRUPTCY CASE NUMBER<br>19-12243/ELF<br><br>CHAPTER 13<br><br>11 U.S.C. § 362<br><br>May 21, 2019 at 9:30 am<br><br>Courtroom # 1 |

## MOTION OF NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362 (d)

Secured Creditor, Nationstar Mortgage LLC d/b/a Mr. Cooper ("Movant"), by and through its undersigned counsel, pursuant to 11 U.S.C. § 362, hereby seeks relief from the automatic stay to exercise and enforce its rights, without limitation, with respect to certain real property. In support of this motion, Movant avers as follows:

1.   Debtor named above filed a Voluntary Petition under Chapter 13 of the United States Bankruptcy Code in the Eastern District of Pennsylvania under the above case number.

2.   Additional Respondent is the Standing Trustee appointed in this Chapter 13 proceeding.

3.   Movant is the present owner of 809 Connell Avenue, Yeadon, PA 19050 (the "Property").

4.   Movant became the owner of the Property by virtue of its purchase of same at the Delaware County Sheriff's Sale on March 16, 2018. The Sheriff's Deed was recorded on April 12, 2019 in Book 6152, Page 1603, instrument number 2018017200 in the Office of the Recorder of Deeds of Delaware County. A copy of the Sheriff's Deed is attached hereto and marked as Exhibit "A".

5.   The lock out was scheduled for April 12, 2019.

6.   Debtor filed the instant bankruptcy case on April 9, 2019

7. Movant's interests are being immediately and irreparably harmed. Movant is entitled to in rem relief from the automatic stay because:

    a. Movant is the owner of the Property and is entitled to possession of the Property;

    b. Debtor is not a party to any lease with Movant, and Movant has not received any rent from Debtor during their unlawful occupancy of the Property;

    c. Debtor does not have any interest in the Property;

    d. There is no bankruptcy estate interest, and no material interest held by Debtor in the Property.

8. Movant requests that no future bankruptcy filings by Debtor or any other occupant impose a stay on Movant, its successors and/or assigns, from proceeding with its state court rights.

9. Movant requests that the Court waive Rule 4001(a)(3), permitting Movant to immediately implement and enforce the Court's order

WHEREFORE, Movant respectfully moves this Court for an Order (i) granting Movant relief from the automatic stay to foreclose upon and to otherwise exercise and enforce its rights with respect to the Mortgaged Premises, (ii) awarding reasonable attorneys' fees incurred in the preparation and presentation of this motion, and (iii) granting all such other and further relief as the Court deems appropriate and necessary.

Respectfully submitted,

Dated: April 29, 2019

BY: /s/ Kevin S. Frankel
Kevin S. Frankel, Esquire
Shapiro & DeNardo, LLC
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800/ fax (847) 954-4809
PA BAR ID #318323
kfrankel@logs.com
pabk@logs.com

S&D File #:17-055766